**FORD MOTOR CREDIT COMPANY**

v.

**Michael ROSSI.**

**No. 80–38–A.**

Supreme Court of Rhode Island.

Aug. 28, 1980.

Dennis S. Baluch, Providence, for plaintiff.

Donald E. Allcock, Pawtucket, for defendant.

### ORDER

The plaintiff's motion to dismiss the appeal is granted.

**INVESTIGATING COMMITTEE**

v.

**Aram K. BERBERIAN.**

**No. 80–129–M.P.**

Supreme Court of Rhode Island.

Aug. 28, 1980.

Frank A. Carter, Jr., Chief Disciplinary Counsel, Barrington, for plaintiff.

Aram K. Berberian, Warwick, pro se.

### ORDER

The motion of Aram K. Berberian that we vacate and expunge our previous order of reprimand as prayed is denied.

**John IZZI**

v.

**Ben WEISS et al.**

**No. 80–231–A.**

Supreme Court of Rhode Island.

Aug. 28, 1980.

Louis J. Vallone, John J. Vallone, Jr., Providence, for plaintiff.

Friedman & Kessler, Harold I. Kessler, Providence, for defendants.

### ORDER

The defendants' brief having been filed, plaintiff's motion to dismiss this appeal for lack of prosecution is denied.